**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendants Danny B. Luong; Diana Wong

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Danny B. Luong**, in individual and representative capacity as trustee of The Luong/Wong Family Revocable Trust Of August 21, 1999; **Diana Wong**, in individual and representative capacity as trustee of The Luong/Wong Family Revocable Trust Of August 21, 1999; and Does 1-10, <br><br> *Defendants*. | Case No. 4:20-cv-00121-YGR <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO (A) DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(b)(1); AND (B) TO DISMISS STATE CLAIMS PURSUANT TO FRCP 12(b)(1), 12(h)(3), and 28 USC §1367(c)** <br><br> Honorable Yvonne Gonzalez Rogers <br> Oakland Courthouse <br> Courtroom 1 – 4th Floor <br> 1301 Clay Street <br> Oakland, CA 94612 <br><br> Date: Tuesday, March 31, 2020 <br> Time: 2:00 p.m. |

To Plaintiff and his attorneys of record:

Please take notice that on Tuesday, March 30, 2020 at 10:30 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Yvonne Gonzalez Rogers, located at the Oakland Courthouse, Courtroom 1 – 4th Floor, 1301 Clay Street, Oakland, CA 94612, Defendants Danny B. Luong and Diana Wong ("**Defendants**") will and hereby do move this Court for an order dismissing Plaintiff's federal claim pursuant to Federal Rule of Civil Procedure ("**FRCP**")

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

01 - Notice of D's 12b        1
DEFENDANTS' NOTICE OF MOTION TO DISMISS

12(b)(1) on the grounds that the Court lacks subject matter jurisdiction; and dismissing Plaintiff's state claim pursuant to FRCP 12(b)(1), 12(h)(3), and 28 USC §1367(c) on the grounds that there are no grounds for the maintenance of federal jurisdiction over Plaintiff's state claims.[1]

Defendants' motion is brought pursuant to Rules 12(b), 12(h)(3) of the Federal Rules of Civil Procedure and 28 USC §1367(c), and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the declarations and evidence concurrently filed, and such other evidence as may be admitted at the time of the hearing of the motion.

**This motion is made following repeated attempts by Defendant's counsel to meet and confer, including offering pictures and excerpts of a CASp report reflecting conditions of the property as further discussed in the Declaration of Stephen Abraham.**

Dated: February 10, 2020          LAW OFFICES OF STEPHEN ABRAHAM

                                  By:   /s/ Stephen E. Abraham
                                        Stephen E. Abraham
                                        Attorneys for Defendants

---

[1] To be clear, if this Court finds that a basis for federal subject matter jurisdiction was absent at the time of the commencement of the action, then there is no basis for retaining jurisdiction over the state claims.

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

01 - Notice of D's 12b          2
DEFENDANTS' NOTICE OF MOTION TO DISMISS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

On February 10, 2020, I served the foregoing document described as: **DEFENDANTS' NOTICE OF MOTION AND MOTION TO (A) DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(b)(1); AND (B) TO DISMISS STATE CLAIMS PURSUANT TO FRCP 12(b)(1), 12(h)(3), and 28 USC §1367(c)** thereon on all interested parties in this action as follows:

CENTER FOR DISABILITY ACCESS   Representing Plaintiff
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

[x]   **e-Filing pursuant to Court order**

Executed on February 10, 2020, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Stephen E. Abraham
Stephen E. Abraham

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

01 - Notice of D's 12b

PROOF OF SERVICE