**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendants Danny B. Luong; Diana Wong

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>         Plaintiff,<br><br>v.<br><br>**Danny B. Luong**, in individual and representative capacity as trustee of The Luong/Wong Family Revocable Trust Of August 21, 1999; **Diana Wong**, in individual and representative capacity as trustee of The Luong/Wong Family Revocable Trust Of August 21, 1999; and Does 1-10,<br><br>         *Defendants*. | Case No. 8:19-cv-00111-JLS-DFM<br><br>**DECLARATION OF CRAIG LOBNOW IN SUPPORT OF DEFENDANTS' MOTION TO (A) DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(b)(1); AND (B) TO DISMISS STATE CLAIMS PURSUANT TO FRCP 12(b)(1), 12(h)(3), and 28 USC §1367(c)**<br><br>Honorable Yvonne Gonzalez Rogers<br> Oakland Courthouse<br> Courtroom 1 – 4th Floor<br> 1301 Clay Street<br> Oakland, CA 94612<br><br>Date: Tuesday, March 31, 2020<br>Time: 2:00 p.m. |

**DECLARATION OF CRAIG LOBNOW**

I, Craig Lobnow, declare:

1. All the statements contained herein are made and based on my personal knowledge and if called as a witness I could and would testify competently thereto.

2. I am a California state Certified Access Specialist (CASp #634), the

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

05 - Lobnow Decl     1
LOBNOW DECL ISO MOTION TO DISMISS

principal consultant for ProCASp, and have over 25 years of construction management and inspection experience.

3. I am familiar with Plaintiff's claims in the above captioned matter and have reviewed the Second Amended Complaint filed in the action.

4. I conducted an inspection of the property identified as ABC Printing - 1090 S. Milpitas Blvd., Milpitas, CA 95035 on January 20, 2020 and prepared a report on that same date, excerpts of which are submitted with this declaration as **Exhibit 1**.

5. With respect to the parking space and access aisle, my conclusions based on measurements I personally took were:

   a. The striping and markings for the accessible parking stall, loading/unloading access aisle are dilapidated and in need of repair and/or maintenance.

   b. The slope of the parking space and access aisle were found to be in compliance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on February 10, 2020 at Murrieta, California.

*Craig A. Lobnow*
Craig A. Lobnow (Feb 10, 2020)
_____
Craig Lobnow

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

05 - Lobnow Decl                                    2
LOBNOW DECL ISO MOTION TO DISMISS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

On February 10, 2020, I served the foregoing document described as: **DECLARATION OF CRAIG LOBNOW IN SUPPORT OF DEFENDANTS' MOTION TO (A) DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(b)(1); AND (B) TO DISMISS STATE CLAIMS PURSUANT TO FRCP 12(b)(1), 12(h)(3), and 28 USC §1367(c)** thereon on all interested parties in this action as follows:

CENTER FOR DISABILITY ACCESS    Representing Plaintiff
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

[x]    **e-Filing pursuant to Court order**

Executed on February 10, 2020, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                      /s/ Stephen E. Abraham
                      Stephen E. Abraham

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

05 - Lobnow Decl

PROOF OF SERVICE