**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendants Danny B. Luong; Diana Wong

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>        Plaintiff,<br><br>v.<br><br>**Danny B. Luong**, in individual and representative capacity as trustee of The Luong/Wong Family Revocable Trust Of August 21, 1999; **Diana Wong**, in individual and representative capacity as trustee of The Luong/Wong Family Revocable Trust Of August 21, 1999; and Does 1-10,<br><br>        *Defendants*. | Case No. 4:20-cv-00121-YGR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO (A) DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(b)(1); AND (B) TO DISMISS STATE CLAIMS PURSUANT TO FRCP 12(b)(1), 12(h)(3), and 28 USC §1367(c)**<br><br>Honorable Yvonne Gonzalez Rogers<br> Oakland Courthouse<br> Courtroom 1 – 4th Floor<br> 1301 Clay Street<br> Oakland, CA 94612<br><br>Date: Tuesday, March 31, 2020<br>Time: 2:00 p.m. |

## TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Please take notice, pursuant to Federal Rule of Evidence 201, Defendants Danny B. Luong and Diana Wong ("**Defendants**") hereby respectfully request, in consideration and support of their Motion to Dismiss, that this Court take judicial notice of the following documents:

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

06 - RJN      1
**DEFENDANTS' RJN**

**Exhibit 9 – Excerpts**, Department of Justice 2010 ADA Standards for Accessible Design (September 15, 2010) ("**2010 ADAS**")

       **Fact 1** – Evidencing the standards for slopes and cross slopes in parking spaces and access aisles.

             Exh. 4 at page 4 (2010 ADAS Section 502.4)

       **Fact 2** – Evidencing the dimensions for parking spaces and access aisles.

             Exh. 4 at pages 2-3 (2010 ADAS Section 502.2-502.3)

## ADDITIONAL DOCUMENTS FOR WHICH JUDICIAL NOTICE IS REQUESTED

Docket of Actions in this Case

Plaintiff's Complaint

   A court may also properly take notice of "matters of public record" pursuant to Federal Rule of Evidence section 201, to the extent they are not subject to reasonable dispute. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

   The documents and the foregoing identified fact constitute matters not reasonably subject to dispute. Exhibit 4 consists of regulations and codes of governmental bodies.

   Plaintiff's pleadings are documents the existence of which (but not the contents) this Court can take judicial notice.

Dated: February 10, 2020      LAW OFFICES OF STEPHEN ABRAHAM

                                  By:    /s/ Stephen E. Abraham
                                          Stephen E. Abraham
                                          Attorneys for Defendants

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

06 - RJN      2
**DEFENDANTS' RJN**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

On February 10, 2020, I served the foregoing document described as: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO (A) DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(b)(1); AND (B) TO DISMISS STATE CLAIMS PURSUANT TO FRCP 12(b)(1), 12(h)(3), and 28 USC §1367(c)** thereon on all interested parties in this action as follows:

CENTER FOR DISABILITY ACCESS    Representing Plaintiff
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

[x]    **e-Filing pursuant to Court order**

Executed on February 10, 2020, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                    /s/ Stephen E. Abraham
                       Stephen E. Abraham

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

06 - RJN

PROOF OF SERVICE