# EXHIBIT 1

## Site Accessibility Evaluation Dated February 10, 2020

**(Excerpts)**

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

07 - Compendium of Exhibits

**DEFENDANT'S COMPENDIUM OF EXHIBITS ISO 12(B)**

# Site Accessibility Evaluation

## Americans with Disabilities Act
## And
## Title 24 And Part 2 - California Building Code



**ABC Printing**

**1090 S Milpitas Blvd**
**Milpitas, CA 95035**

CASp Evaluation

*Inspection Date: 01/20/2020*
*Inspector: Craig Lobnow*

**Prepared By**



**(833) 776 - 2277**
**ProCASp.com**

*ABC Printing - 1090 S Milpitas Blvd Milpitas, CA 95035*

## Parking

## Finding: 1

**The striping and markings for the accessible parking stall, loading/unloading access aisle are dilapidated and in need of repair and/or maintenance.**

**The slope of the parking space and access aisle were found to be in compliance.**

*2019 CBC 11B Section 11B-502.3.3*
*Access aisles shall be marked with a blue painted borderline around their perimeter. The area within the blue borderlines shall be marked with hatched lines a maximum of 36 inches (914 mm) on center in a color contrasting with that of the aisle surface, preferably blue or white. The words "NO PARKING" shall be painted on the surface within each access aisle in white letters a minimum of 12 inches (305 mm) in height and located to be visible from the adjacent vehicular way. Access aisle markings may extend beyond the minimum required length.*

*2010 ADAS Section 502.3.3*
*Access aisles shall be marked so as to discourage parking in them.*

## Citation:

**2019 CBC 11B Section: 11B-502.3.3**

**2010 ADAS Section: 502.3.3**



*ProCASp*
*(833) 776 - 2277*
Johnson v. Luong
4:20-cv-00121-YGR

*ProCASp.com*
Powered by BlueDAG
DEFENDANTS' EXHIBITS - 12B1

*4 of 17*
EXH 1 / PAGE 2